THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY DIEDE,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT WILKIE, *et al.*,<br><br>            Defendants. | CASE NO. C20-1741-JCC<br><br>ORDER OF TRANSFER |

Plaintiff Dorothy Diede filed a *pro se* complaint for employment discrimination with this Court, naming Robert Wilkie, the Secretary of Veterans Affairs, and the Department of Veterans Affairs as Defendants. (Dkt. No. 1.) It is clear from the face of the complaint that the alleged adverse employment actions took place within the United States District Court for the Eastern District of Washington's judicial district. Therefore, venue is proper in that district, rather than this one. *See* 28 U.S.C. § 1391(b). When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The Court concludes it is in the interest of justice to transfer the instant action so that the Eastern District of Washington can screen the case under its own requirements and 28 U.S.C. § 1915(g).

ORDER OF TRANSFER
C20-1741-JCC
PAGE - 1

1    Accordingly, the Court TRANSFERS this case to the United States District Court for the
2 Eastern District of Washington. The Clerk is DIRECTED to take the steps necessary to transfer
3 this case. The Clerk is further DIRECTED to send copies of this order to Plaintiff.
4    DATED this 25th day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE